RECEIVED
STATESVILLE, NC

JAN 2 4 2024

U.S. District Court
Western District of NC

US DC Western District of NC

AR ~~State of North Carolina~~

County of Iredell

Application for Writ of Mandamus.

RIEHL JOSEPH

RIEHL AMIE

151 Ashley Brooke Lane

Statesville, NC 28677-9687

keepitstupidsimple1@gmail.com

(980) 234- 1184

Day: _____/_____/_____

Clerk of Court ~~James Mixon~~ AR  Katie Simon
200 W Broad Street
~~226 Stockton Street~~ AR

Statesville, NC 28677

RE: Application for a Writ of Mandamus

Riehl Joseph and Riehl.Amie, petitioner (s)

v

Energyunited, Thomas Golden, ALEC NATT, Ronnie S Harrison; respondents

567 MOCKSVILLE HIGHWAY, STATESVILLE, NC 28625

To the Honorable Judges of Iredell county superior/district court division

INTRODUCTION

1. petitioner's names and residence: RIEHL JOSEPH and RIEHL AMIE, residing at, 151
   ASHLEY BROOKE LANE, STATESVILLE, NC 28677-9687 herein referred to as the
   Petitioner(s).

2. Respondents names and titles: Energyunited, EMC cooperative, Thomas Golden: CEO, ALEC
NATT: CFO, Ronnie S Harrison: Treasurer, herein referred to as the Respondent (s), chief executive
officer of the corporation, chief financial officer of the corporation, and the treasure for the board of
directors of the corporation all respondents are responsible for Energyunited's day-to-day
operations, and EnergyUnited is the cooperative that provides electric services to the residence in
this area.

3. **Jurisdiction Statement**: This application is submitted under the authority granted by North Carolina General statute, chapter 25, article 2, chapter 25 uniform commercial code, blacks law, dictionary, fifth edition, bills of exchange act, negotiable, instruments, act.

4. Nature of Relief Sought: The Petitioners seek a Writ of Mandamus compelling the Respondent (S) to set off the petitioners account every month, upon the performance of the account obligations by the petitioners every month for this account. And to pay restitution for the amount of damages listed in the invoice.

5. FACTUAL BACKGROUND energyUnited, in this occasion, as one of the respondents, is the drawer on the negotiable instrument/presentment. AMIE SPEICHER, who is now married to RIIEHL JOSEPH, is the drawee on the negotiable instrument/presentment. Energyunited(drawer) has made demand to AMIE SPEICHER (drawee for the acceptance or payment. The drawee through its agent, gave its acceptance (4) four times these presentments were sent back to the drawer through its officers by certified mail restricted delivery.(please see default and summary judgment.) for specific dates and times.). The respondent was sent one notice of instructions, 2 notice of demand for performance, 3 rescission of agreement with notarized sworn affidavit, 4 notice of dishonor with copy of negotiable instrument/resentment, 5 notice of default and summary judgment, with seven days, to set off the account and communicate correctly with the petitioners, together, with a copy of the negotiable instrument/presentment, was served on the respondents, by the hand of the notary public joy, Y Ford Smith by certified mail, restricted delivery to Thomas Golden. It appears that there may be malfeasance in office and obfuscation by these officers.

6. Description of Relevant Facts: the narrative of the facts, dates, specific timing, and actions of both the petitioners, and the respondents,

- *Whereas on november 20, 2023, 12:16 PM, the drawee sent his acceptance on the presentment together with a notice of instructions to the drawer through its officer via restricted delivery certified mail #70210350000097336352 to Thomas Golden:CEO, and a return receipt #95909402547592469690334 which was received and signed for, on November 27, 2023,*

- *And whereas on November 30 2023, the drawer returned said presentment together with the notice to the drawee via certified mail #70223300000144155956 wherein the drawer's officers and agents remains mute and sent no other reasons for dishonor, the drawee having received said letter from the drawer on December 2, 2023 at 11:29 am, and forthwith received no further reasons,*

- *And whereas on December 4, 2023 1:15 PM, the drawee sent again the second time a presentment bearing the acceptance together with a notice - demand for performance in regards to bringing the account to zero, to the drawer, via restricted delivery to Thomas Golden:CEO, certified mail 70192280000121553527with return receipt #95909402547592469690358: the drawer received and signed for this communication on December 7, 2023, and in these (2) correspondence, the drawee specifically instructed the drawer to contact the drawee if there were any steps missing that would prevent the setoff of the account,*

- *And whereas on December 7, 2023 1:10 PM the agent or officer of the drawer, remained mute, and returned again the presentment together with the notice of demand for performance, with*

no further reason for dishonor, to the drawee via certified mail #70223330000144155833 *and the drawee received this letter on December 13, 2023 12:06 PM,*

- *And whereas on December 13, 2023 12:04 PM, the drawee sent the drawer a notarized sworn affidavit titled, "Affidavit in support of rescinded agreement with (21) twenty-one days to rebut this affidavit , together with the rescinded agreement, sent via restricted delivery to Thomas Golden: CEO, certified mail #70210350000097327381 with return receipt #95909402547592496903 89,*

- *And whereas the drawer received and signed for said correspóndanme on December 15, 2023 7:00 AM and has remained mute, not rebutting said affidavit, nor giving any other response, and did not return the correspondence,*

- *And whereas on December 15, 2023 11:20 PM, the drawee sent via restricted delivery to Ronnie S Harrison, registered mail #RE316211005US with return receipt #95909402-54759249690242 which was received and signed by Ronnie S Harrison on December 18,2023 12:54 PM, and the drawer kept the presentment bearing the acceptance and special indorsement together with the notice, the copy of the black's law dictionary (5th) fifth edition page 1066, and copies of pages 6,7,8,11,and 12 of the bills of exchange act 1882, and they have remained mute, and returned them not again to the drawee.*

- *And whereas on or about December 27, 2023, the drawee's account's electric services was disconnected due to what the drawer claims to be "non-payment" and wherein the plaintiffs were forced to make payment of ($ 235.00) two-hundred-thirty-five and 00/100 USD in order to reconnect the electric services, due to the drawer's officers, agents, and servants refusal to perform or correctly comunícate to the drawee or it's agent,*

- *and whereas this conduct of forcing payment on people who have given their acceptance is it not an indirect form of peonage and extortion?*

7. Legal Obligation: The Respondents are legally obligated to be take due care and handle the setoff of this account and correctly comunícate any errors to the drawee. the Respondents are required to perform in a fiduciary obligation in the best interest of the beneficiary (s).

8. Failure to Act: Despite the legal obligation, the Respondent(s) have failed/refused or otherwise willfully neglected to correctly comunícate to the petitioners, or to properly and correctly balance the Books for this account, upon receipt of the instruments, bearing the acceptance.

9. LEGAL ARGUMENT:starting wit the very definition of the word resentment, using the blacks law, dictionary fifth edition, on page 1066, under the second part of the definition, presentments are the production of negotiable instruments from the drawer to the drawee for his"**acceptance**" **(OR)** **"Payment"** hey presentment is a demand to the drawee for his acceptance or payment. If, then the drawee gives acceptance, would it not appear that the drawee as the contractually liable party on the instrument be discharged of his obligation? Pursuant to the Federal Court reserve act, section 16, part one and two, all applications are deposited with the banks in exchange for Notes, should not the original application which the petitioners have placed with the respondents have been deposited with a bank? In accordance with 12 US code section 1431 are not the banks powers to borrow money, and to pay interest? Pursuant to. The bills of exchange act and the negotiable instruments act, are not all bills to be paid with interest?

So then should not the respondent, upon receipt of the of the presentments, bearing the acceptance and the special endorsements of the drawee, be presenting these negotiable instruments to the bank for negotiation?

10. Legal Basis for Relief: it is the petitioners belief that in accordance with North Carolina uniform, commercial code, chapter 25, and the above mentioned acts of Congress, and the definition found in the blacks law dictionary, a Writ of Mandamus is appropriate when a public official has a legal duty to act and fails to do so.

11. Application to Current Facts: In the present case, the Respondent's failure/refusal to offset said account, or to perform upon receipt of the negotiable instrument, bearing that acceptances, or to correctly communicate with the drawee of any heirs, which would prevent the setoff of this account , constitutesa neglect of their legal duty, warranting the issuance of a Writ of Mandamus.

12. No Other Adequate Remedy: The Petitioner has no other adequate legal remedy available to compel the action of the Respondent, making this Writ of mandamus necessary.

13. PRAYER FOR RELIEF
 Therefore we, the petitioners, respectfully pray relief, that the respondents acknowledge their resentments with the acceptance, and that the petitioners be awarded the restitution, prayed for in the claim for damages on the invoice.

14. Request for Writ of mandamus Issuanc: WHEREFORE, the Petitioners respectfully request that this Honorable Court issue a Writ of Mandamus ordering the Respondent to 1. Setoff the

account every month, 2. Place an injunction on the respondents ability to continue disconnecting the petitioner's account electric services.

15. Additional Relief: Any other relief that the Court deems just and proper.

16. CONCLUSION

The Petitioner respectfully submits this application for a Writ of Mandamus and prays for a prompt and favorable decision.

Respectfully submitted,

Signature: _Riehl Joseph_

Printed name: _Riehl Joseph_

Signature: _Riehl Amie_

printed name: _Riehl Amie_

Attachments:

1. 1st correspondence mailing, 2nd correspondence, mailing, 3 correspondence, mailing, 4th correspondence, mailing, 5th correspondence, mailing the above mentioned correspondence and mailings include original copies of return, receipts, receipts, and other relevant material

First (1) Notice

By:Riehl Amie, Agent
For: AMIE SPEICHER, Principal
% 151 Ashley Brooke Lane,
    Statesville, North Carolina.
        [28677-9687].

EXhibit 1

Sent to: Thomas Golden
        % ENERGYUNITED EMC
        PO BOX 1831
        STATESVILLE, NC 28687-1831

Day: November-19-2023

NOTICE-time sensitive matter.

To whom it may concern,

Account #2702930

Thank you very much for sending me the statement that contains the positive deposit of the securities I deposited into this account. Please transfer the positive value of this security to the principal to set off this account, and bring it down to zero. This Security is a Bond and the Coupon is attached. Please resolve this matter within twenty-one (21) calendar days or by December 12, 2023 to avoid further demands for performance, and to avoid breach of contract.

(Please see 18 USC § 8 **Obligation or other security of the United States defined**
The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, **coupons**, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, **bills**, checks, or **drafts for money,** drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps.

If you do not understand the matter herein set forth, you are instructed to pass this letter together with this Restrictive indorsed security, to your legal department to ensure proper processing of this Restrictive endorsed-bearer-security.

If we missed a step that will hold the security from being correctly processed, please contact us VIA email at exoticstoragebarns@gmail.com please notify us in writing when this matter has been discharged.

Respectfully,
Without recourse,UCC 1-308, UCC 3-402(b)(1)

By: Riehl Amie., Authorized Representative
For: AMIE SPEICHER , Principal

**This side left blank intentionally.**

First (1) Notice

By:Riehl Amie, Agent
For: AMIE SPEICHER, Principal
% 151 Ashley Brooke Lane,
    Statesville, North Carolina.
          [28677-9687].

Sent to: Thomas Golden
          % ENERGYUNITED EMC
          PO BOX 1831
          STATESVILLE, NC 28687-1831

Day: November-19-2023

NOTICE-time sensitive matter.

To whom it may concern,

Account #2702930

Thank you very much for sending me the statement that contains the positive deposit of the securities I deposited into this account. Please transfer the positive value of this security to the principal to set off this account, and bring it down to zero. This Security is a Bond and the Coupon is attached. Please resolve this matter within twenty-one (21) calendar days or by December 12, 2023 to avoid further demands for performance, and to avoid breach of contract.

(Please see 18 USC § 8 **Obligation or other security of the United States defined**
The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, **coupons**, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, **bills**, checks, or **drafts for money,** drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps.

If you do not understand the matter herein set forth, you are instructed to pass this letter together with this Restrictive indorsed security, to your legal department to ensure proper processing of this Restrictive endorsed-bearer-security.

If we missed a step that will hold the security from being correctly processed, please contact us VIA email at exoticstoragebarns@gmail.com please notify us in writing when this matter has been discharged.

Respectfully,
Without recourse,UCC 1-308, UCC 3-402(b)(1)

By:.Riehl.Amie., Authorized Representative
For: AMIE SPEICHER , Principal

**This side left blank intentionally.**


**EnergyUnited**
YOUR LOCAL CONNECTION

| | |
|---|---|
| Account #: | 2702930 |
| Member Name: | AMIE SPEICHER |
| Billing Date: | 11/09/2023 |
| Current Bill Due Date: | 12/07/2023 |

**Previous Account Activity**

| | |
|---|---|
| Previous Balance | $322.00 |
| Payment Received - Thank You | -$200.00 |
| Late Charges & Penalties | $1.83 |
| Past Due Amount - Due 11/22/2023 | $123.83 |
| **Total Current Activity** | **$133.17** |
| **Total Amount Due** | **$257.00** |

**TOTAL AMOUNT DUE**

# $257.00

PAST DUE AMOUNT:
$123.83
DUE 11/22/2023

***DISCONNECT NOTICE***
Past Due Amount of $123.83 is due
11/22/2023. If balance
remains unpaid, service is subject to
termination and
reactivation fees will apply.

*Charge detail found on the back of this page.*

## Monthly Energy Use Comparison

**Total Energy Use Last Month**
965 kWh
68° Avg temp

**Total Energy Use This Month**
1069 kWh
58° Avg temp

**Total Energy Use This Month Last Year**
1249 kWh
59° Avg temp



### Your Average Daily Use

36 kWh — Average Daily Use

$4.24 — Average Daily Cost

## Member Monthly Message

EnergyUnited is now accepting applications for the Electric Cooperative Youth Tour, which offers qualifying high school sophomores and juniors the chance to receive an all-expenses-paid trip to Washington, D.C. Learn more and apply at www.energyunited.com/youth-tour by December 31!

The Wholesale Power Cost Adjustment (WPCA) is $0.000 per kWh

EnergyUnited will be closed November 23-24 in observance of Thanksgiving.

▲ KEEP
▼ SEND

Charges are due upon receipt. A 1.5% interest penalty will be added if payment is received after the due date.
A $15 fee will be added if a delinquent notice is generated.


*Tear here and return THIS PORTION with payment in the envelope*


**EnergyUnited**
YOUR LOCAL CONNECTION

PO BOX 1831
Statesville, NC 28687-1831

| Account # | 2702930 |
|---|---|
| Past Due Amount: Due 11/22/2023 | $123.83 |
| Total Amount Due 12/07/2023 | $257.00 |
| Amount Paid | $257.00 |

Accepted for deposit
Payable to the bearer two-hundred-fifty-seven and 00/100 USD

KIOSK

We Accept:  VISA

7021 0350 0000 9733 6352

5903   1 AV 0.498                    5 5903
AMIE SPEICHER                          C-25
151 ASHLEY BROOK RD
STATESVILLE NC 28677-9687

ENERGYUNITED
PO BOX 1831
STATESVILLE NC 28687-1831                8





Account Number : 2702930     Rate Description : RESIDENTIAL - 1PH     Service Address: 151 ASHLEY BROOK LN

| Meter # | Description | Days | Services | | Readings | | Metered Usage | Meter Multiplier | Energy Usage |
|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | Previous | Present | | | |
| 200064889 | REGULAR | 29 | 10/10/2023 | 11/08/2023 | 67140 | 68209 | 1069 | 1 | 1069 |

**Current Activity**

ENERGY CHARGES:

| | |
|---|---|
| BASIC FACILITIES CHARGE | $45.00 |
| USAGE CHARGE (kWh) | $77.93 |
| RENEWABLE ENERGY MANDATE | $0.75 |
| ROUND-UP CONTRIBUTION | $0.83 |
| TAXES | $8.66 |

**Total Current Activity**      **$133.17**



Your energy use over the last 24 months.

For more information on your usage, visit My EnergyHub on your computer or mobile device.

## Other Ways to Pay Your Bill



**Online**
Pay your bill at
energyunited.com



**Phone**
Call 833-284-5048
to Pay by Phone



**Mobile App**
Download the My EnergyHub
app on iTunes or Google Play
Store

**Kiosk or Drop Box**
Your district office is:
STATESVILLE, 567 Mocksville
Highway, Statesville, NC 28625

Now offering cash bill-pay service at participating retail stores. The barcode below can be scanned at the register, allowing you to make your monthly payment. There is a $1.50 convenience fee to use this service. To find a location near you, visit pay.vanilladirect.com/pages/retailers

By accepting or using this barcode to make a payment, you agree to the full terms and conditions, available at vanilladirect.com/pay/terms. After successful payment using this barcode, you may retrieve your full detailed e-receipt at vanilladirect.com/pay/ereceipt.

The majority of participating locations will accept cash payments up to a maximum amount of $500.00.



7993664336500035069000027029309









**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas Golden
% ENERGYUNITED EMC
PO BOX 1831
STATESVILLE, NC 28687-1831

9590 9402 5475 9249 6903 34

2. Article Number (Transfer from service label)
7021 0350 0000 9733 6352

PS Form 3811, July 2015 PSN 7530-02-000-9053

UNITED STATES POSTAL SERVICE

STATESVILLE
301 S OAKLAND AVE
STATESVILLE, NC 28677-9998
(800)275-8777

11/20/2023                                    12:17 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.66 |

Statesville, NC 28687
Weight: 0 lb 0.70 oz
Estimated Delivery Date
Wed 11/22/2023
Certified Mail®                                $4.35
Tracking #:
70210350000097336352
Return Receipt                                 $3.55
Tracking #:
9590 9402 5475 9249 6903 34

Total                                          $8.56

Grand Total:                                   $8.56

Credit Card Remit                              $8.56
Card Name: VISA
Account #: XXXXXXXXXX0490
Approval #: 075542
Transaction #: 532
AID: A0000000980840        Contactless
AL: US DEBIT

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Statesville, NC 28687

Certified Mail Fee   $4.35                     0677
$                                              10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $2.55
☐ Return Receipt (electronic)    $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage   $0.66
$
Total Postage and Fees
$ 8.56

Sent To  Tho/Mas Golden Energyunited EMC
Street and Apt. No., or PO Box No.  PO Box 1831
City, State, ZIP+4®  Statesville NC 28687-1831

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

STATESVILLE NC 28687
NOV 20 2023
USPS

---

By:Riehl Amie, Agent
For: AMIE SPEICHER, Principal
% 151 Ashley Brooke Lane,
Statesville, North Carolina.
[28677-9687]



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7021 0350 0000 9733 6352

*First Notice November 19, 2023*

Thomas Golden
% ENERGYUNITED EMC
PO BOX 1831
STATESVILLE, NC 28687-1831



Automated Inquiries: 800-636-2371
Member Support: 800-522-3793
Automated Payments: 833-284-5048
Power Outages: 800-386-4833
www.energyunited.com

| Account #: | **2702930** |
| Member Name: | **AMIE SPEICHER** |
| Billing Date: | **11/09/2023** |
| Current Bill Due Date: | **12/07/2023** |

**Previous Account Activity**

| | |
|---|---|
| Previous Balance | $322.00 |
| Payment Received - Thank You | -$200.00 |
| Late Charges & Penalties | $1.83 |
| Past Due Amount - Due 11/22/2023 | $123.83 |
| **Total Current Activity** | **$133.17** |
| **Total Amount Due** | **$257.00** |

**TOTAL AMOUNT DUE**

# $257.00

PAST DUE AMOUNT:
$123.83
DUE 11/22/2023

***DISCONNECT NOTICE***
Past Due Amount of $123.83 is due 11/22/2023. If balance remains unpaid, service is subject to termination and reactivation fees will apply.

*Charge detail found on the back of this page.*

## Monthly Energy Use Comparison



| Total Energy Use Last Month | Total Energy Use This Month | Total Energy Use This Month Last Year |
|---|---|---|
| 965 kWh | 1069 kWh | 1249 kWh |
| 68° Avg temp | 58° Avg temp | 59° Avg temp |

## Your Average Daily Use

| 36 kWh | Average Daily Use |
|---|---|
| $4.24 | Average Daily Cost |

## Member Monthly Message

EnergyUnited is now accepting applications for the Electric Cooperative Youth Tour, which offers qualifying high school sophomores and juniors the chance to receive an all-expenses-paid trip to Washington, D.C. Learn more and apply at www.energyunited.com/youth-tour by December 31!

The Wholesale Power Cost Adjustment (WPCA) is $0.000 per kWh

EnergyUnited will be closed November 23-24 in observance of Thanksgiving.

▲ KEEP
▼ SEND

**Charges are due upon receipt. A 1.5% interest penalty will be added if payment is received after the due date.
A $15 fee will be added if a delinquent notice is generated.**

*Tear here and return THIS PORTION with payment in the envelope*




EnergyUnited YOUR LOCAL CONNECTION

PO BOX 1831
Statesville, NC 28687-1831

| Account # | **2702930** |
|---|---|
| Past Due Amount: Due 11/22/2023 | $123.83 |
| Total Amount Due 12/07/2023 | $257.00 |
| Amount Paid | $ 257.00 |

Accepted for deposit
Payable to the bearer two-hundred-fifty-seven and 00/100 USD

**KIOSK**

We Accept:   

7021 0350 0000 9733 6352

ENERGYUNITED
PO BOX 1831
STATESVILLE NC 28687-1831

5903  1 AV 0.498          5 5903
AMIE SPEICHER            C-25
151 ASHLEY BROOK RD
STATESVILLE NC 28677-9687





Automated Inquiries: 800-636-2371
Member Support: 800-522-3793
Automated Payments: 833-284-5048
Power Outages: 800-386-4833
www.energyunited.com

**Account Number : 2702930**   **Rate Description : RESIDENTIAL - 1PH**   **Service Address: 151 ASHLEY BROOK LN**

| Meter # | Description | Days | Services From | Services To | Readings Previous | Readings Present | Metered Usage | Meter Multiplier | Energy Usage |
|---------|-------------|------|---------------|-------------|-------------------|------------------|---------------|------------------|--------------|
| 200064889 | REGULAR | 29 | 10/10/2023 | 11/08/2023 | 67140 | 68209 | 1069 | 1 | 1069 |

**Current Activity**

ENERGY CHARGES:

    BASIC FACILITIES CHARGE ........................... $45.00

    USAGE CHARGE (kWh) ................................... $77.93

RENEWABLE ENERGY MANDATE ...................... $0.75

ROUND-UP CONTRIBUTION ............................... $0.83

TAXES .................................................................. $8.66

**Total Current Activity**                                    **$133.17**



Your energy use over the last 24 months.

For more information on your usage, visit My EnergyHub on your computer or mobile device.

## CONSERVE & SAVE WITH MY ENERGYHUB

My EnergyHub offers a suite of tools to help you monitor, manage and modify your energy usage so you can save money and conserve energy. Log in today to empower yourself and take control of your energy consumption!

## Other Ways to Pay Your Bill

 **Online**
Pay your bill at energyunited.com

 **Phone**
Call 833-284-5048 to Pay by Phone

 **Mobile App**
Download the My EnergyHub app on iTunes or Google Play Store

 **Kiosk or Drop Box**
Your district office is:
STATESVILLE, 567 Mocksville Highway, Statesville, NC 28625

Now offering cash bill-pay service at participating retail stores. The barcode below can be scanned at the register, allowing you to make your monthly payment. There is a $1.50 convenience fee to use this service. To find a location near you, visit pay.vanilladirect.com/pages/retailers

By accepting or using this barcode to make a payment, you agree to the full terms and conditions, available at vanilladirect.com/pay/terms. After successful payment using this barcode, you may retrieve your full detailed e-receipt at vanilladirect.com/pay/ereceipt.

The majority of participating locations will accept cash payments up to a maximum amount of $500.00.



7993664336500035069002702930 9







**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas Golden
% ENERGYUNITED EMC
PO BOX 1831
STATESVILLE, NC 28687-1831

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5475 9249 6903 34

2. Article Number (Transfer from service label)
702|0350 00009733 6352

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent
                            ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
M. Boira                          1-27-23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
● Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



**nergyUnited**
YOUR LOCAL CONNECTION

BOX 1831 STATESVILLE, NORTH CAROLINA 28687-1831

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7022 3330 0001 4415 5956

GR
30

**CPU**



U.S. POSTAGE IMI
$5.01
FCML    RDC 99
Orig: 28625
Dest: 28677
11/30/23
0018371545        02

Amie Speicher
151 Ashley Brook Rd Ln
Statesville, NC 28677-9687

28677-968751

Second (2nd) Notice

By:Riehl Amie, A.R.
For: AMIE SPEICHER, Principal
151 Ashley Brooke Lane
Statesville, North Carolina
     28677-9687

**Exhibit 2**

Sent to: Thomas Golden
   %: Energyunited EMC
      P.O. Box 1831
      Statesville, NC 28687-1831

Day: December 4-2023

### NOTICE-DEMAND FOR PERFORMANCE

To whom it may concern,

Account #2702930

As of December 2, 2023 we are in receipt of the first notice and the security or bond and coupon which was sent by certified mail #70210350070797336352 restricted delivery to Thomas Golden in care of Energyunited. Thomas golden at Energyunited was instructed to process the security and bring the account to zero, or to notify us of any steps which we may have missed that would hold the security from being correctly processed, yet, Thomas Golden, through ENERGYUNITED has chosen or otherwise ignored our instructions, opting rather to return the security and the notice, by certified mail #70223330000444155956. Previously we have also made multiple attempts to have this account set off by using Silver( lawful money ) which was also sent to Thomas Golden by registered mail, and we received response by way of a Becky coval, a "supervisor for ENERGYUNITED",who is not an attorney, stated she would not permit our payment in silver to go to the bank's headquarters corporate legal department.

Greetings Thomas Golden CEO,
  We are being treated as the trustees of this 2702930 account. We are not the trustees. We are the beneficiaries. You, Thomas Golden, and all others in leadership at ENERGYUNITED, are the trustees in this 2702930 account. You are the trustee in a fiduciary obligation to the beneficiaries, and when you do not perform your fiduciary obligation to the beneficiaries as the trustees, there is a term that is called malfeasance in office and there is also another term that is called obfuscation.

   Thank you very much for sending me the statement that contains the positive deposit of the securities I deposited into this 2702930 account. Please transfer the full amount of the positive value of ($272.00) two-hundred-seventy-two and 00/100 USD of the securities to the principal to set off this account, and bring it down to zero. This marketable Security is a Bond and the Coupon is attached. Please resolve this matter within fifteen (15) calendar days to avoid further demands for performance, and to avoid any breach of contract or breach of trust.

  (Please see 18 USC § 8 **Obligation or other security of the United States defined**
The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps.

If you do not understand the matter herein set forth, you are instructed to pass this letter together with this indorsed security, to your legal department to ensure proper processing of this indorsed security.

If we missed a step that will hold the security from being correctly processed, please contact us VIA email at exoticstoragebarns@gmail.com please notify us in writing when this matter has been zeroed out, thank you.

Respectfully,
Without recourse, UCC 1-308 UCC 3-402(b)(1)
By: Riehl Amie ....A.R.
For: AMIE SPEICHER, Principal

# THIS SIDE LEFT BLANK INTENTIONALLY

By:Riehl Amie, A.R.
For: AMIE SPEICHER, Principal
151 Ashley Brooke Lane
Statesville, North Carolina
        28677-9687

Sent to: Thomas Golden
       %: Energyunited EMC
          P.O. Box 1831
          Statesville, NC 28687-1831

Day: December 4-2023

NOTICE-DEMAND FOR PERFORMANCE

To whom it may concern,

Account #2702930

As of December 2, 2023 we are in receipt of the first notice and the security or bond and coupon which was sent by certified mail #70210350070797336352 restricted delivery to Thomas Golden in care of Energyunited. Thomas golden at Energyunited was instructed to process the security and bring the account to zero, or to notify us of any steps which we may have missed that would hold the security from being correctly processed, yet, Thomas Golden, through ENERGYUNITED has chosen or otherwise ignored our instructions, opting rather to return the security and the notice, by certified mail #70223330000444155956. Previously we have also made multiple attempts to have this account set off by using Silver( lawful money ) which was also sent to Thomas Golden by registered mail, and we received response by way of a Becky coval, a "supervisor for ENERGYUNITED",who is not an attorney, stated she would not permit our payment in silver to go to the bank's headquarters corporate legal department.

Greetings Thomas Golden CEO,
  We are being treated as the trustees of this 2702930 account. We are not the trustees. We are the beneficiaries. You, Thomas Golden, and all others in leadership at ENERGYUNITED, are the trustees in this 2702930 account. You are the trustee in a fiduciary obligation to the beneficiaries, and when you do not perform your fiduciary obligation to the beneficiaries as the trustees, there is a term that is called malfeasance in office and there is also another term that is called obfuscation.

  Thank you very much for sending me the statement that contains the positive deposit of the securities I deposited into this 2702930 account. Please transfer the full amount of the positive value of ($272.00) two-hundred-seventy-two and 00/100 USD of the securities to the principal to set off this account, and bring it down to zero. This marketable Security is a **Bond** and the **Coupon** is attached. Please resolve this matter within fifteen (15) calendar days to avoid further demands for performance, and to avoid any breach of contract or breach of trust.

  (Please see 18 USC § 8 **Obligation or other security of the United States defined**
The term "**obligation or other security** of the **United States**" includes all **bonds**, **certificates of indebtedness**, national bank currency, Federal Reserve notes, Federal Reserve bank notes, **coupons**, United States notes, Treasury notes, gold certificates, silver certificates, **fractional notes**, **certificates of deposit**, **bills**, **checks, or drafts for money,** drawn by or upon **authorized officers of the United States**, **stamps** and other **representatives of value**, of **whatever denomination**, issued under any Act of Congress, and **canceled United States stamps**.

If you do not understand the matter herein set forth, you are instructed to pass this letter together with this indorsed security, to your legal department to ensure proper processing of this indorsed security.

If we missed a step that will hold the security from being correctly processed, please contact us VIA email at exoticstoragebarns@gmail.com please notify us in writing when this matter has been zeroed out, thank you.

Respectfully,
Without recourse, UCC 1-308 UCC 3-402(b)(1)
By: Riehl Amie ....A.R.
For: AMIE SPEICHER, Principal

# THIS SIDE LEFT BLANK INTENTIONALLY

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

**Thomas Golden**
**%: Energyunited EMC**
**P.O. Box 1831**
**Statesville, NC 28687-1831**

9590 9402 5475 9249 6903 58

Article Number *(Transfer from service label)*

7192280000 2155 3527

Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☑ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery
M. Bain                            12/7/23
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**UNITED STATES POSTAL SERVICE.**

HARMONY
3348 HARMONY HWY
HARMONY, NC 28634-9366
(800)275-8777

12/04/2023                                    01:17 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.66 |

Statesville, NC 28687
Weight: 0 lb 0.70 oz
Estimated Delivery Date
   Wed 12/06/2023

Certified Mail®                                    $4.35
   Tracking #:
      70192280000121553527
Return Receipt                                     $3.55
   Tracking #:
      9590 9402 5475 9249 6903 58
Total                                              $8.56

| First-Class Mail® Letter | 1 | | $0.66 |
|---|---|---|---|

Dallas, TX 75266
Weight: 0 lb 0.70 oz
Estimated Delivery Date
   Fri 12/08/2023

Certified Mail®                                    $4.35
   Tracking #:
      70192280000121553503
Return Receipt                                     $3.55
   Tracking #:
      9590 9402 5475 9249 6904 33
Total                                              $8.56

Grand Total:                                      $17.12

Credit Card Remit                                 $17.12
   Card Name: VISA
   Account #: XXXXXXXXXXXX4097
   Approval #: 326174
   Transaction #: 613
   AID: A000000...

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Statesville, NC 28687

OFFICIAL USE

Certified Fee           $4.35

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)        $ $3.55
☐ Return Receipt (electronic)      $ $0.00
☑ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage                 $0.66

Total Postage and Fees  $8.56

12/04/2023

0634
03

Sent To
Thomas Golden
Street and Apt. No., or PO Box No.
P.O. Box 1831
City, State, ZIP+4
Statesville, NC 28687-1831

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 2280 0001 2155 3527

By:Riehl Amie, A.R.
For: AMIE SPEICHER, Principal
151 Ashley Brooke Lane
Statesville, North Carolina
28677-9687

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7019 2280 0001 2155 3527

Thomas Golden
%: Energyunited EMC
P.O. Box 1831
Statesville, NC 28687-1831

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Thomas Golden**
**℅: Energyunited EMC**
**P.O. Box 1831**
**Statesville, NC 28687-1831**

9590 9402 5475 9249 6903 58

2. Article Number (Transfer from service label)

7019 2280 0000 2155 3527

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**EnergyUnited** YOUR LOCAL CONNECTION

PO BOX 1831
Statesville, NC 28687-1831

| Account Number | 2702930 |
|---|---|
| Disconnection Date | 11/22/2023 |
| Amount to Avoid Disconnection | 123.83 |
| Total Amount Due | 272.00 |

Your payment and any returned items may be processed electronically.

Accepted for deposit
Payable to ENERGYUNITED
two-hundred-seventy-two and 00/100 USD

We Accept:  VISA MasterCard 

7019 2280 0001 2155 3527

ENERGYUNITED
PO BOX 1831
STATESVILLE NC 28687-1831

08

883  1 AB 0.537
AMIE SPEICHER
151 ASHLEY BROOK RD
STATESVILLE NC 28677-9687

5 883
C-4

350690002702930000012383000012383101120239



**Other Ways to Pay Your Bill**


**Online**
Pay your bill at
energyunited.com


**Phone**
Call 833-284-5048
to Pay by Phone


**Mobile App**
Download the My EnergyHub
app on iTunes or Google Play
Store


**Kiosk or Drop Box**
Your district office is: Statesville
567 Mocksville Highway
Statesville, NC 28625

Now offering cash bill-pay service at participating retail stores. The barcode below can be scanned at the register, allowing you to make your monthly payment. There is a $1.50 convenience fee to use this service. To find a location near you, visit pay.vanilladirect.com/pages/retailers

By accepting or using this barcode to make a payment, you agree to the full terms and conditions, available at vanilladirect.com/pay/terms. After successful payment using this barcode, you may retrieve your full detailed e-receipt at vanilladirect.com/pay/ereceipt.

The majority of participating locations will accept cash payments up to a maximum amount of $500.00.


7993664336500035069000027029309

**DOLLAR GENERAL**
**FAMILY DOLLAR**
♥ **CVS**
**Walgreens**
**Speedway**
**7-ELEVEN**

GRE NSBORO NC 270

7 DEC

**CPU** 

**U.S. POSTAGE IMI**
**$5.01**
FCML   RDC 99
Orig: 28625
Dest: 28677
12/07/23
0018371545
R2304M114312
02   BW

12/9 Ltr Notice



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7022 3330 0001 4415 5833

Amie Speicher
151 Ashley Brook Ln
Statesville, NC 28677

28677-968751

Exhibit 3

3 Notice

In accordance, and pursuant to the Bill of exchange act 1882 page 7,8 under 21(1),
"Delivery" Every contract on a bill, whether it be the drawer's, the acceptor's an indorsers, is incomplete and revocable, until delivery of the instrument in order to give effect
21 (1)Provided that where an **acceptance** is written on a **bill**, and the **drawee** gives **notice** to or according to the directions of the person entitled to the bill that he has **accepted** it, the **acceptance** then becomes **complete** and **irrevocable**.

In accordance and pursuant to the bill of exchange act
this notice shall serve to notify the **"Drawer: Energyunited"** that the **"Drawee: AMIE SPEICHER"** has given acceptance on the bill, therefore the acceptance is now complete and irrevocable upon the delivery of this bill with this notice, at the instructions of the Drawer to return payment to **Energyunited** P O Box 1831 Statesville, NC 28687-1831, via the postal operator, using registered mail #RE 316 211 005 US

In accordance with and pursuant to the bill of exchange act 1882 page 6.
17. Definition and requisites of acceptance.
(2) An acceptance is invalid unless it complies with the following conditions, namely-
    (a) It "meaning the term" **(Acceptance)** must be written on the bill and be signed by the drawee. The mere signature of the drawee without additional words is sufficient.
So The Drawee **"AMIE SPEICHER"** is directly below the signature of the **"Riehl Amie, Agent"** on the face of the bill.

In accordance with, and pursuant to the bill of exchange act 1882 On page 9 of this act
26. Person signing as agent or in representative capacity
    (1) Where a person signs a bill as drawer, indorser, or acceptor, and adds words to his signature, indicating that he signs for or on behalf of a principal, or in a representative character, he is not personally liable thereon; but the mere addition to his signature of words describing him as an agent, or as filling a representative char-acter, does not exempt him from personal liability.
Riehl Amie is the agent/authorized representative who signed for AMIE SPEICHER the Principal.

In accordance and pursuant to the bill of exchange act 1882 on page 11
32.Requisites of a valid indorsement
An indorsement in order to operate as a negotiation must comply with the following conicions. namely.-
    (1) It "meaning the term" **(indorsement)** must be written on the bill itself and be signed by the indorser. The simple signature of the indorser on the bill, without additional words, is sufficient.
On the reverse side of the bill is the Term **"indorsement"** followed by the **"indorsement and the signature.**
    (2) It must be an indorsement of the entire bill. A partial indorsement, that is to say, an indorsement which purports to transfer to the indorsee a part only of the amount pavable. or wich purports to transfer the bill to two or more indorsees severely. does not operate as a negotiation of the bill.
So the indorsement on this bill is pay to the order of the Drawee, the entire bill.

Page 12(34)(2) A special indorsement specifies the person to whom, or to whose order, the bill is to be payable.
(4) When a bill has been indorsed in blank, any holder may convert the blank indorse-ment into a special indorsement by writing above the indorsers signature a direc tion to pay the bill to or to the order of himself or some other person.

It is therefore hereby declared, that if the Drawer being Energyunited, gives dishonor to this bill, and is in non-acceptance or non-payment of this bill, be it known that the indorse,drawee, Acceptor reserves the right to protest this bill by notarial protest, in accordance with the directions given in the bill of exchange act 1882, in order that the drawee, Indorsee, acceptor lose, not his right of recourse against the drawer, to sue or otherwise be compensated for the amount within the bill.

With best regards: Riehl Amie,Agent

ing at which a judge may examine the presentence report and all other relevant material before imposing sentence. Sentencing is a "critical stage" of a criminal prosecution requiring assistance of appointed counsel. Mempa v. Rhay, 389 U.S. 128, 88 S.Ct. 254, 19 L.Ed.2d 336. See **Pre-sentence investigation; Pre-sentence report.**

**Pre-sentence investigation.** Investigation of the relevant background of a convicted offender, usually conducted by a probation officer attached to a court, designed to act as a sentencing guide for the sentencing judge. Fed.R.Crim.P. 32(c).

**Pre-sentence report.** The report prepared from the pre-sentence investigation, which is designed to assist the judge in passing sentence on a convicted defendant. Presentence reports vary in scope and focus, but should contain at least the following items: (1) complete description of the situation surrounding the criminal activity; (2) offender's educational background; (3) offender's employment background; (4) offender's social history; (5) residence history of the offender; (6) offender's medical history; (7) information about environment to which the offender will return; (8) information about any resources available to assist the offender; (9) probation officer's view of the offender's motivations and ambitions; (10) full description of the defendant's criminal record; and, (11) recommendation as to disposition.

**Presenter.** Any person presenting a draft or demand for payment for honor under a credit even though that person is a confirming bank or other correspondent which is acting under an issuer's authorization. U.C.C. § 5–112(3). See also **Presentment.**

**Presenting bank.** Any bank presenting an item except a payor bank. U.C.C. § 4–105(e).

**Presently.** Immediately; now; at once. A right which may be exercised "presently" as opposed to one in reversion or remainder.

**Presentment.** The written notice taken by a grand jury of any offense, from their own knowledge or observation, without any bill of indictment laid before them at the suit of the government. A presentment is an accusation, initiated by the grand jury itself, and in effect an instruction that an indictment be drawn. U. S. v. Briggs, C.A.Fla., 514 F.2d 794, 804. A written accusation of crime made and returned by the grand jury upon its own initiative in the exercise of its lawful inquisitorial powers, is in the form of a bill of indictment, and in practice is signed individually by all the grand jurors who return it. State v. Hudson, Tenn.Cr.App., 487 S.W.2d 672, 674. See also **Indictment; Information; Presenter.**

The production of a negotiable instrument to the drawee for his acceptance, or to the drawer or acceptor for payment; or of a promissory note to the party liable, for payment of the same. Presentment is a demand for acceptance or payment made upon the maker, acceptor, drawee or other payor by or on behalf of the holder. U.C.C. § 3–504(1).

**Present recollection recorded.** A witness may use any document which helps revive or "jog" his memory of a past event and such document does not thereby

the document and to impeach the credibility of the witness with it. Fed.Evid.R. 612.

**Present recollection revived.** The use by a witness of some writing or other object to refresh his recollection so that he may testify about past events from present recollection. Askins v. State, Md.App., 284 A.2d 626, 631. See also **Present recollection recorded.**

**Presents.** The present instrument. The phrase "these presents" is used in any legal document to designate the instrument in which the phrase itself occurs.

**Preservation.** Keeping safe from harm; avoiding injury, destruction, or decay; maintenance. It is not creation, but the saving of that which already exists, and implies the continuance of what previously existed. See **Maintenance.**

**Preside.** To occupy the place of authority as of president, chairman, moderator, etc. To direct, control or regulate proceedings as chief officer, moderator, etc. To possess or exercise authority. To preside over a court is to "hold" it,—to direct, control, and govern it as the chief officer. A judge may "preside" whether sitting as a sole judge or as one of several judges.

**President.** One placed in authority over others; a chief officer; a presiding or managing officer; a governor, ruler, or director. The chairman, moderator, or presiding officer of a legislative or deliberative body, appointed to keep order, manage the proceedings, and govern the administrative details of their business.

The chief officer of a corporation, company, board, committee, etc., generally having the main direction and administration of their concerns. Roe v. Bank of Versailles, 167 Mo. 406, 67 S.W. 303. The term does not ordinarily include "vice president." First Nat. Bank v. C. H. Meyers & Co., Tex.Civ.App., 283 S.W. 265, 266.

The chief executive magistrate of a state or nation, particularly under a democratic form of government; or of a province, colony, or dependency. In the United States, the word is commonly used in reference to the private as well as public character of the nation's chief executive. U. S. v. Metzdorf, D.C. Mont., 252 F. 933, 937.

**Presidential electors.** A body of electors chosen in the different states, whose sole duty it is to elect a president and vice-president of the United States. Each state appoints, in such manner as the legislature thereof may direct, a number of electors equal to the whole number of senators and representatives to which the state is entitled in congress. Const.U.S. Art. 2, § 1; Amendment XII; McPherson v. Blacker, 146 U.S. 1, 13 S.Ct. 3, 36 L.Ed. 869. The usual method of appointment is by general ballot, so that each voter in a state votes for the whole number of electors to which his state is entitled. See **Electoral college.**

**Presidential powers.** See **Executive powers.**

**President of the United States.** The official title of the chief executive officer of the federal government in the United States.

(4) The term "month" in a bill means calendar month.

## 15 Case of need

The drawer of a bill and any indorser may insert therein the name of a person to whom the holder may resort in case of need, that is to say, in case the bill is dishonoured by non-acceptance or non-payment. Such person is called the referee in case of need. It is in the option of the holder to resort to the referee in case of need or not as he may think fit.

## 16 Optional stipulations by drawer or indorser

The drawer of a bill, and any indorser, may insert therein an express stipulation—

(1) Negativing or limiting his own liability to the holder;

(2) Waiving as regards himself some or all of the holder's duties.

## 17 Definition and requisites of acceptance

(1) The acceptance of a bill is the signification by the drawee of his assent to the order of the drawer.

(2) An acceptance is invalid unless it complies with the following conditions, namely—

(a) It must be written on the bill and be signed by the drawee. The mere signature of the drawee without additional words is sufficient.

(b) It must not express that the drawee will perform his promise by any other means than the payment of money.

## 18 Time for acceptance

A bill may be accepted—

(1) Before it has been signed by the drawer, or while otherwise incomplete;

(2) When it is overdue, or after it has been dishonoured by a previous refusal to accept, or by non-payment;

(3) When a bill payable after sight is dishonoured by non-acceptance, and the drawee subsequently accepts it, the holder, in the absence of any different agreement, is entitled to have the bill accepted as of the date of first presentment to the drawee for acceptance.

6

**19      General and qualified acceptances**

(1)      An acceptance is either (a) general or (b) qualified.

(2)      A general acceptance assents without qualification to the order of the drawer. A qualified acceptance in express terms varies the effect of the bill as drawn.

In particular an acceptance is qualified which is—

(a)      conditional, that is to say, which makes payment by the acceptor dependent on the fulfilment of a condition therein stated;

(b)      partial, that is to say, an acceptance to pay part only of the amount for which the bill is drawn;

(c)      local, that is to say, an acceptance to pay only at a particular specified place: An acceptance to pay at a particular place is a general acceptance, unless it expressly states that the bill is to be paid there only and not elsewhere;

(d)      qualified as to time;

(e)      the acceptance of some one or more of the drawees, but not of all.

**20      Inchoate instruments**

(1)      Where a simple signature on a blank paper is delivered by the signer in order that it may be converted into a bill, it operates as a prima facie authority to fill it up as a complete bill for any amount, using the signature for that of the drawer, or the acceptor, or an indorser; and, in like manner, when a bill is wanting in any material particular, the person in possession of it has a prima facie authority to fill up the omission in any way he thinks fit.

(2)      In order that any such instrument when completed may be enforceable against any person who became a party thereto prior to its completion, it must be filled up within a reasonable time, and strictly in accordance with the authority given. Reasonable time for this purpose is a question of fact.

Provided that if any such instrument after completion is negotiated to a holder in due course it shall be valid and effectual for all purposes in his hands, and he may enforce it as if it had been filled up within a reasonable time and strictly in accordance with the authority given.

**21      Delivery**

(1)      Every contract on a bill, whether it be the drawer's, the acceptor's or an indorsers, is incomplete and revocable, until delivery of the instrument in order to give effect thereto.

7

Provided that where an acceptance is written on a bill, and the drawee gives notice to or according to the directions of the person entitled to the bill that he has accepted it, the acceptance then becomes complete and irrevocable.

(2) As between immediate parties, and as regards a remote party other than a holder in due course, the delivery—

 (a) in order to be effectual must be made either by or under the authority of the party drawing, accepting, or indorsing, as the case may be;

 (b) may be shown to have been conditional or for a special purpose only, and not for the purpose of transferring the property in the bill.

But if the bill be in the hands of a holder in due course a valid delivery of the bill by all parties prior to him so as to make them liable to him is conclusively presumed.

(3) Where a bill is no longer in the possession of a party who has signed it as drawer, acceptor, or indorser, a valid and unconditional delivery by him is presumed until the contrary is proved.

*Capacity and Authority of Parties*

## 22 Capacity of parties

(1) Capacity to incur liability as a party to a bill is co-extensive with capacity to contract.

Provided that nothing in this section shall enable a corporation to make itself liable as drawer, acceptor, or indorser of a bill unless it is competent to it so to do under the law for the time being in force relating to corporations.

(2) Where a bill is drawn or indorsed by an infant, minor, or corporation having no capacity or power to incur liability on a bill, the drawing or indorsement entitles the holder to receive payment of the bill, and to enforce it against any other party thereto.

## 23 Signature essential to liability

No person is liable as drawer, indorser, or acceptor of a bill who has not signed it as such—

Provided that

(1) Where a person signs a bill in a trade or assumed name, he is liable thereon as if he had signed it in his own name;

(2) The signature of the name of a firm is equivalent to the signature by the person so signing of the names of all persons liable as partners in that firm.

## 24 Forged or unauthorised signature

8

(3)    A bill payable to order is negotiated by the indorsement of the holder completed by delivery.

(4)    Where the holder of a bill payable to his order transfers it for value without indorsing it, the transfer gives the transferee such title as the transferor had in the bill, and the transferee in addition acquires the right to have the indorsement of the transferor.

(5)    Where any person is under obligation to indorse a bill in a representative capacity, he may indorse the bill in such terms as to negative personal liability.

## 32    Requisites of a valid indorsement

An indorsement in order to operate as a negotiation must comply with the following conditions, namely,—

(1)    It must be written on the bill itself and be signed by the indorser. The simple signature of the indorser on the bill, without additional words, is sufficient.

An indorsement written on an allonge, or on a "copy" of a bill issued or negotiated in a country where "copies" are recognised, is deemed to be written on the bill itself.

(2)    It must be an indorsement of the entire bill. A partial indorsement, that is to say, an indorsement which purports to transfer to the indorsee a part only of the amount payable, or which purports to transfer the bill to two or more indorsees severally, does not operate as a negotiation of the bill.

(3)    Where a bill is payable to the order of two or more payees or indorsees who are not partners all must indorse, unless the one indorsing has authority to indorse for the others.

(4)    Where, in a bill payable to order, the payee or indorsee is wrongly designated, or his name is mis-spelt, he may indorse the bill as therein described, adding, if he think fit, his proper signature.

(5)    Where there are two or more indorsements on a bill, each indorsement is deemed to have been made in the order in which it appears on the bill, until the contrary is proved.

(6)    An indorsement may be made in blank or special. It may also contain terms making it restrictive.

## 33    Conditional indorsement

Where a bill purports to be indorsed conditionally the condition may be disregarded by the payer, and payment to the indorsee is valid whether the condition has been fulfilled or not.

## 34    Indorsement in blank and special indorsement

11

(1)      An indorsement in blank specifies no indorsee, and a bill so indorsed becomes payable to bearer.

(2)      A special indorsement specifies the person to whom, or to whose order, the bill is to be payable.

(3)      The provisions of this Act relating to a payee apply with the necessary modifications to an indorsee under a special indorsement.

(4)      When a bill has been indorsed in blank, any holder may convert the blank indorsement into a special indorsement by writing above the indorsers signature a direction to pay the bill to or to the order of himself or some other person.

## 35    Restrictive indorsement

(1)      An indorsement is restrictive which prohibits the further negotiation of the bill or which expresses that it is a mere authority to deal with the bill as thereby directed and not a transfer of the ownership thereof, as, for example, if a bill be indorsed "Pay D. only," or "Pay D. for the account of X.," or "Pay D. or order for collection."

(2)      A restrictive indorsement gives the indorsee the right to receive payment of the bill and to sue any party thereto that his indorser could have sued, but gives him no power to transfer his rights as indorsee unless it expressly authorise him to do so.

(3)      Where a restrictive indorsement authorises further transfer, all subsequent indorsees take the bill with the same rights and subject to the same liabilities as the first indorsee under the restrictive indorsement.

## 36    Negotiation of overdue or dishonoured bill

(1)      Where a bill is negotiable in its origin it continues to be negotiable until it has been (a) restrictively indorsed or (b) discharged by payment or otherwise.

(2)      Where an overdue bill is negotiated, it can only be negotiated subject to any defect of title affecting it at its maturity, and thenceforward no person who takes it can acquire or give a better title than that which the person from whom he took it had.

(3)      A bill payable on demand is deemed to be overdue within the meaning and for the purposes of this section, when it appears on the face of it to have been in circulation for an unreasonable length of time. What is an unreasonable length of time for this purpose is a question of fact.

(4)      Except where an indorsement bears date after the maturity of the bill, every negotiation is prima facie deemed to have been effected before the bill was overdue.

(5)      Where a bill which is not overdue has been dishonoured any person who takes it with notice of the dishonour takes it subject to any defect of title attaching thereto at the time of dishonour, but nothing in this subsection shall affect the rights of a holder in due course.

## 37    Negotiation of bill to party already liable thereon

12

Copy 1 - Customer
(See Information on Reverse)
7530-02-000-9051

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnities limited. (See Reverse)

Date Stamp

OFFICIAL USPS

LINTON, NC 28634

DEC 18 2023

Registered No.
RE 316 211 005 US

Postage $

Extra Services & Fees

☐ Registered Mail $
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $

Customer Must Declare Full Value $ 318.00

Extra Services & Fees (continued)
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery

Total Postage & Fees $

Received by

By: Richi Amie A.R.
C/o 151 Ashley Brooke Lane
Statesville, North Carolina

Ronnie Harrison
PO BOX 1831
Statesville, NC 28687

Registered Mail Receipt

RE 316 211 005 US

Ronnie Harrison: treasurer
% Energyunited EMC
P O BOX 1831
Statesville, NC 28687-1831



# UNITED STATES POSTAL SERVICE.

HARMONY
3348 HARMONY HWY
HARMONY, NC 28634-9366
(800)275-8777

12/18/2023                    01:32 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $1.59 |

Statesville, NC 28687
Weight: 0 lb 2.00 oz
Estimated Delivery Date
Wed 12/20/2023
Restricted Del
  Amount: $318.00                              $27.10
  Recipient name
    RONNIE HARRISON
  Tracking #:
    RE316211005US
Return Receipt                                  $3.55
  Tracking #:
    9590 9402 5475 9249 6902 42
Total                                          $32.24

Grand Total:                                   $32.24

Cash                                           $40.00
Change                                         -$7.76

---

FORAMIE SPEICHER, Principal
151 Ashley Brooke Lane
Statesville, NC 28677-9687

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ronnie Harrison: treasurer
% Energyunited EMC
P O BOX 1831
Statesville, NC 28687-1831

9590 9402 5475 9249 6902 42

2. Article Number (Transfer from service label)
RE 316 211 005 US

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ronnie Harrison                    ☐ Agent  ☑ Addressee

B. Received by (Printed Name)          C. Date of Delivery
Ronnie S. Harrison                     12-21-2023

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**EnergyUnited**
YOUR LOCAL CONNECTION

www.energyunited.com

3 notice

***DISCONNECT NOTICE***
**Past Due Amount of $148.92 is due 12/21/2023. If balance remains unpaid, service is subject to termination and reactivation fees will apply.**
Your Capital Credit refund of $1.25 has been applied as a credit to your account.

*Charge detail found on the back of this page.*

| | |
|---|---|
| Capital Credit Refund | -$1.25 |
| Late Charges & Penalties | $17.00 |
| **Past Due Amount - Due 12/21/2023** | **$148.92** |
| **Total Current Activity** | **$154.08** |
| **Total Amount Due** | **$303.00** |

**PAST DUE AMOUNT:**
**$148.92**
**DUE 12/21/2023**

## Your Average Daily Use

**46 kWh** — Average Daily Use

**$4.92** — Average Daily Cost

## Monthly Energy Use Comparison



| Total Energy Use Last Month | Total Energy Use This Month | Total Energy Use This Month Last Year |
|---|---|---|
| 1069 kWh | 1338 kWh | 1645 kWh |
| 58° Avg temp | 49° Avg temp | 48° Avg temp |

## Member Monthly Message

The deadline for students to apply for Youth Tour is December 31! Two winners will receive an all-expenses-paid trip to visit Washington, D.C. to learn about electric cooperatives, visit national monuments and to meet with members of the North Carolina Congressional Delegation. Visit energyunited.com to learn more or to apply.

The Wholesale Power Cost Adjustment (WPCA) is $0.000 per kWh.

EnergyUnited will be closed on Monday, December 25 and Tuesday, December 26 in observance of Christmas.

▲ **KEEP**     **Charges are due upon receipt. A 1.5% interest penalty will be added if payment is received after the due date.**
**A $15 fee will be added if a delinquent notice is generated.**
▼ **SEND**     *Tear here and return THIS PORTION with payment in the envelope*

| | |
|---|---|
| **Account #** | **2702930** |
| Past Due Amount: Due 12/21/2023 | $148.92 |
| **Total Amount Due 01/05/2024** | **$303.00** |
| **Amount Paid** | **$ 318.00** |

**EnergyUnited**
YOUR LOCAL CONNECTION

PO BOX 1831
Statesville, NC 28687-1831

*Acceptance*
By: _Richd Ams_ Agent
For:AMIE SPEICHER, principal

**KIOSK**

We Accept: VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

ENERGYUNITED
PO BOX 1831                    8
STATESVILLE NC 28687-1831

5906  1 AV 0.498        5 5906
AMIE SPEICHER          C-25
151 ASHLEY BROOK RD
STATESVILLE NC 28677-9687



Automated Inquiries: 800-636-2371
Member Support: 800-522-3793
Automated Payments: 833-284-5048
Power Outages: 800-386-4833
**www.energyunited.com**

Account Number : 2702930    Rate Description : RESIDENTIAL - 1PH    Service Address: 151 ASHLEY BROOK LN

| Meter # | Description | Days | Services From | Services To | Readings Previous | Readings Present | Metered Usage | Meter Multiplier | Energy Usage |
|---------|-------------|------|---------------|-------------|-------------------|------------------|---------------|------------------|--------------|
| 200064889 | REGULAR | 29 | 11/08/2023 | 12/07/2023 | 68209 | 69547 | 1338 | 1 | 1338 |

**Current Activity**

ENERGY CHARGES:

| | |
|---|---|
| BASIC FACILITIES CHARGE | $45.00 |
| USAGE CHARGE (kWh) | $97.54 |
| RENEWABLE ENERGY MANDATE | $0.75 |
| ROUND-UP CONTRIBUTION | $0.76 |
| TAXES | $10.03 |
| **Total Current Activity** | **$154.08** |



Your energy use over the last 24 months.

For more information on your usage, visit My EnergyHub on your computer or mobile device.

## Happy Holidays

From string lights to starlight to the soft lights of home where we gather with those we love, all of us at your co-op wish you the brightest and happiest of holiday seasons.

## Other Ways to Pay Your Bill



**Online**
Pay your bill at energyunited.com

**Phone**
Call 833-284-5048 to Pay by Phone

**Mobile App**
Download the My EnergyHub app on iTunes or Google Play Store

**Kiosk or Drop Box**
Your district office is: STATESVILLE, 567 Mocksville Highway, Statesville, NC 28625

Now offering cash bill-pay service at participating retail stores. The barcode below can be scanned at the register, allowing you to make your monthly payment. There is a $1.50 convenience fee to use this service. To find a location near you, visit pay.vanilladirect.com/pages/retailers

By accepting or using this barcode to make a payment, you agree to the full terms and conditions, available at vanilladirect.com/pay/terms. After successful payment using this barcode, you may retrieve your full detailed e-receipt at vanilladirect.com/pay/ereceipt.

The majority of participating locations will accept cash payments up to a maximum amount of $500.00.





7993664336500035069000270239309







**EXhibit 4**

### notice of dishonor by nonacceptance

day: January 08 2024

RE: account #2702930

Attn: Thomas Goldenand Ronnie S Harrison,

Know all men that I, Riehl Amie, agent for AMIE SPEICHERthe drawee, in the county of Iredell, in the Abu Dhabi Global Market, did give notice to the drawer, of the assent to the drawer's order, on the 18th day of December 2023 by USPS registered mail, restricted delivery to Ronnie S Harrison, for satisfaction of the demand for payment (or acceptance) of the bill of exchange hereunder written, from EnergyUnited, to which assent, he made no answer. Wherefore I have dully given notice

On December 18, 2023, the drawee: AMIE SPEICHER, through its authorized representative, sent the drawer through its officer: Ronnie S Harrison, by way of USPS registered mail #RE 316 211 005 US Restricted delivery, the presentment/negotiable instrument bearing the acceptor's acceptance and indorsement. Ronnie S Harrison signed the return receipt on December 21, 2023.

Energyunited officers failed to honor the presentment with the acceptance and indorsement for ($ 318.00), contrary to what is written in the bills of exchange act of 1882, chapter 61, the negotiable instruments act of 1881, and black's law dictionary, fifth edition page 1066 under the definition of the word presentment.

As a result of energyunited's officers willful neglect, and failure to perform, upon my return to her home from her vacation, the drawee was informed by telephone that the account was suspended due to nonpayment. The drawee was then forced to pay a total of approximately $235.00 for the amount that was claimed past due plus a reconnection fee. Energy, united officers, since the month of November, have been forcing the drawee to make payments on this account, in spite of the drawee giving acceptance every month, this is a form of indirect peonage, involuntary servitude.

this notice of dishonor by non-acceptance, is given to the drawer in order that the drawer is held liable to the drawee, and that the drawee lose not his right of recourse against the drawer to be compensated by the drawer for the amounts in question plus any other related cost.

Respectfully

By: Riehl Amie



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
*Ronnie S Morrison*

Street and Apt. No., or PO Box No.
*P.O. Box 1831*

City, State, ZIP+4®
*Statesville NC 28687-1831*

JAN 08 2024

7021 2720 0000 9711 3822

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions



**UNITED STATES POSTAL SERVICE**

CPU DOWNTOWN POSTAL UNIT
205 W FRONT ST
STATESVILLE, NC 28677-5862
(800 275 8777

01/08/2024                                    08 52 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.66 |

Statesville, NC 28687
Weight: 0 lb 0.70 oz
Estimated Delivery Date
Wed 01/10/2024
Restricted Del                                $11.45
Recipient name
RONNIE S MORRISON
Tracking #:
70212720000097113822
Return Receipt                                $3.55
Tracking #:
9590 9402 5507 9249 7462 79

Total                                         $15.66

Grand Total:                                  $15.66

Credit Card Remit                             $15.66

*Exhibit 5*

Certified mail#7021 0350 0000 9732 7381

Affidavit in support of rescinded agreement    *Dec 12, 2023*

I, Riehl Amie, am of the age of majority, and am competent to make the statements herein, I further declare, under pains and penalties of perjury, under the laws of the United States of America, that all my statements are true, correct, and not misleading to the best of my knowledge.

1. I, Riehl Amie, am woman in full life, and am non-decedent,

2. And the non-decedent's estate is AMIE SPEICHER

3. And AMIE SPEICHER-Estate has electric services at 151 Ashley Brooke Lane for the benefit of the beneficiary, Riehl Amie

4. And I, Riehl Amie, am the beneficiary for:AMIE CHARLOTTE SPEICHER-Estate AKA. AMIE C SPEICHER, AKA. AMIE SPEICHER,

5. And, since on or about the month of June of the year 2022, the non-decedent's estate; AMIE SPEICHER, owns an account '#2702930" with Energyunited EMC.,

6. And Energyunited EMC.;is a cooperative in North Carolina specializing in providing and serving in the area of energy, specifically electric service,

7. And Energyunited EMC's officers,agents, and servants act and serve as trustees in this account, in a fiduciary obligation, however, their fiduciary obligation is not in the best interest of the true beneficiary; me, Riehl Amie,

8. And Energyunited officers, agents, and servants are supposed to be trustees who have a fiduciary obligation in the best interest of the beneficiary, eventthough it may not always be in the best interest of the trustees,

9. And, to the best of my memory, I, Riehl Amie, have never been given full disclosure of energyUnited, EMC's written signed contracts or agreements with the terms and conditions, nor have I ever knowingly or intentionally signed that agreement,

10. And on December 12, 2023, upon discovery of said agreement, I rescinded the agreement,

11. and upon having thoroughly read the agreement, which, to my knowledge, I have never knowingly or intentionally signed, the agreement is void ab initio,

12. and I hereby rebut any presumption of any signature to or on any agreements,

13. And the only contract I, Riehl Amie, as the true beneficiary to the Estate; AMIE SPEICHER, has found or been able to locate anywhere, is this presumed agreement between AMIE SPEICHER and Energyunited EMC and its officers,agents, servants which is now rescinded and to not hold,

14. And contrary to what is written in the last paragraphs of the agreement (page 3 of 3), I, Riehl Amie, as the true beneficiary, reserve the right to discharge,

15. and I also reserve the right to hold Energyunited EMC. officers, agents, and servants liable and do not hold harmless, for any causes of actions or other actions which may arise, if and when said officers, agents, servants, of Energyunited EMC, as trustees, fail to administer the non-decedent's Estate in the best interest of the true beneficiary,

16. And I, Riehl Amie, the beneficiary of the non-decedent's Estate, does absolutely abstain from making covenant to not sue Energyunited EMC's officers agents, and servants for actions, or causes of actions in breach of trust or any other cause of action, including but not limited to harming the beneficiary by interrupting services,

17. And I, Riehl Ame, the beneficiary, do not give consent to Energyunited EMC's officers, agents, and servants, as trustees, to suspend or interrupt the non-decedents Estate's electric service,

automatically or otherwise disconnect said service, due to the trustees failure to correctly administer the non-decedent's estate due to alleged non-payment,

18. And I, Riehl Amie, the true beneficiary, do reserve the right and will bring my claims against Energyunited EMC's officers,agents, and servants, in the United States court of Federal claims, or the  United States Federal court, should you continue to refuse to accept our lawful money in silver USD., and refuse our tender of payment, and should you continue to make demand for US Dollars " US Dollar is a measure of weight in silver or gold " failure to properly train your employees is a cause of action in federal court,

19. And when it comes to my repeated request, to the trustees, to offset this 2702930 account and bring it to zero, do the trustees have a right to refuse silver lawful money or legal tender

20. And further, should the non-decedent's estate's electric services be interrupted automatically or otherwise, by the trustees, due to their failure to accept legal tender or lawful silver money, and the service is interrupted due to non-payment, thus the trustees bringing harm upon the beneficiary by their acts, and therefore causing breach of trust,

21. And that Thomas Golden is not a trustee as CEO. of Energyunited EMC,

22. And that Becca coval is not employed with Energyunited EMC as a supervisor,

23. And that the supervisor is not an attorney, and can not make legal determination,

24. And that the supervisor has the legal authority to refuse lawful silver money to set off the account,and to not pass it on up the ranks to her leadership,

25. And that Energyunited EMC's officers, agents, and servants continue to force me to give federal reserve notes in the form of withdrawing from my secondary account, which is not payment,  but rather "debt" notes yet they demand payment in US Dollars. And they charge the primary account for the complete finance charge, and send me the positive amount of the credits they used every month, this positive amount on every statement is not a debt owed, but rather the amount of credits used which must be transferred to the principal to bring the account to zero

Energyunited EMC's officers,agents, and servants will have ((21) twenty-one calendar days from the date on this affidavit to rebut this affidavit in support of rescission of agreement point for point and to rebut or prove that I am not the beneficiary, and they are not the trustees of the non-decedent's estate. or to the contrary, admit either by your response, or by your silence that you are the trustees and I am the beneficiary of the non-decedent estate and you do have a fiduciary obligation towards the beneficiary, I waive non of my rights to pursue or take any action for protection from the trustees. Further affiant sayeth naught.

I affirm under pains and penalties of perjury under the laws of the United states of America, that the foregoing statements are true and correct to the best of my knowledge.

By:_____

_____ State

_____ County

Appeared before me, a notary public,on this _____day in the month_____ in the year_____

This woman,_____,and showed me by satisfactory evidence to be the same who affixed her autograph to this document

_____
Notary's signature

_____
Notary's printed name

_____
My commission expires

Affidavit in support of rescinding agreement    page 4 of 4

# EnergyAdvantage
## Program Agreement

The EnergyAdvantage Program allows members to monitor their electric usage, manage their account and purchase electricity on a "pay-as-you-go" basis. Enrollment in the EnergyAdvantage Program is voluntary and is available for all residential class locations and small general service locations supporting the residence. Locations must be supported by EnergyUnited's Advanced Metering Infrastructure (AMI) Technology.

NAME: _____  ACCOUNT: _____

PHYSICAL ADDRESS: _____

CITY: _____  STATE: ____  ZIP CODE: _____

PRIMARY CONTACT NUMBER: _____

It is important that EnergyUnited has the correct phone number on-file for your account. Phone numbers are used to quickly access account information, report outages via our automated system, notify our members of planned outages, or provide important information concerning your account. By providing your phone number, you agree that EnergyUnited may contact you at the number provided either by telephone or via our automated outage messaging system.

Please note: If you have entered a cell phone number or another number that is later converted to a cell phone number, you agreed that we may contact you at this number and normal cell phone charges may apply.

**Participants will receive a copy of the EnergyAdvantage Program Information, Terms and Conditions which must be reviewed prior to enrollment and acceptance of this agreement.**

EnergyAdvantage accounts are automatically enrolled in e-billing and a monthly statement will be delivered

electronically to _____ @ _____

To opt out of e-billing, please check the box below to receive your monthly billing statement of account by mail.

[ ]  I would like to opt out of e-billing and receive my monthly billing statement of account via mail.

EnergyAdvantage accounts may elect to participate in the bank draft payment option. Drafts may occur multiple times throughout the month as necessary to maintain a credit account balance.

[ ]  **I would like to participate in the bank draft option**
*To participate in the bank draft option plan, a signed, voided check is required and must be attached or contact Customer Care to complete the bank draft enrollment process.*

[ ]  I authorize EnergyUnited to draft my bank account in the amount of $ ____ . ____ as necessary to maintain credit account balance.

**EnergyUnited**
YOUR LOCAL CONNECTION

Page 1 of 2

COPY

Date: December 12, 2023
Rescission of agreement
or award of full disclosure

# EnergyAdvantage
## Program Agreement

I understand I am solely responsible for managing my account, maintaining credit balance, and ensuring the alert notification methods are accurate. I understand if the alert information is not correct, important notifications may not be received.

It is recommended that members select and maintain more than one means of notification. Options may include phone, email or text. Outbound call or text message will include notification that may include personal account information (i.e. disconnection date, account number, name, etc.). Please choose the methods of communication below and provide necessary information.

☐ HOME PHONE: [                    ]

☐ EMAIL: [                                        ] @ [                    ]

☐ CELL PHONE: [                    ]

By providing your cell phone number, you agree that we may contact you for business purposes. You also agree to receive calls by phone our by our automated outbound messaging system as well as text messages and normal cell phone charges may apply. You may discontinue receiving outbound messages at any time by contacting Customer Care at 800.522.3793.

☐ TEXT: [            ] @ [                    ] (Enter provider's name (Verizon, AT&T, Sprint, etc.).This information must be included to set up Text Messages option. Do not leave blank.

By providing your text messaging address, you agree that we may contact you for business purposes. You also agree to receive text messages via our automated outbound messaging system and normal text messaging charges may apply. You may opt out of receiving text messages at any time by contacting Customer Care at 800.522.3793.

I have received, read and understand the EnergyAdvantage Program Information, Terms and Conditions documentation and EnergyAdvantage Program Agreement form. My signature below designates acceptance and voluntary enrollment in the EnergyAdvantage program.

[                                        ]  \*\*\*-\*\*\*-[      ]

MEMBER NAME (please print)  IDENTIFICATION NO. ON FILE

[                                        ]  [                    ]

MEMBER SIGNATURE  DATE (00/00/00)

[                                        ]  [                    ]

ENERGYUNITED EMPLOYEE NAME  DATE (00/00/00)

By clicking SUBMIT you acknowledge you have completed the EnergyAdvantage Agreement Form and you have read and agree to (checked) the EnergyAdvantage Terms and Conditions on the next 3 pages.

SUBMIT

*Day: December 12/2013*
*Rescission of agreement*
*For want of/no disclosure*

COPY

**Energy United** YOUR LOCAL CONNECTION

Page 2 of 2

# EnergyAdvantage
## Program Information, Terms and Conditions

The EnergyAdvantage program allows members to monitor their electric usage, manage their account and purchase electricity on a "pay-as-you-go" basis. Members may view their daily usage and monitor their account balance on-line at www.energyunited.com. To ensure easy, efficient account management, members may elect to receive phone calls, text messages, or e-mail alerts concerning their account credit balance. The EnergyAdvantage program allows members to purchase electricity when they want and in the amount they choose.

Enrollment in the EnergyAdvantage is voluntary and is available for all residential service class locations and small general service class locations supporting the residence (i.e. detached garage, well pump, fence, etc.). Locations must be supported by EnergyUnited's Advanced Metering Infrastructure (AMI) technology.

To participate in the EnergyAdvantage program you must sign the attached agreement and accept the following terms & conditions.

☐ EnergyAdvantage electric service is charged in accordance with EnergyUnited's applicable residential and small general service rates.

☐ The EnergyAdvantage program participation can be an option in lieu of paying a required security deposit. To enroll in the program, applicants must initially pay a minimum credit balance and any applicable fees.

☐ The EnergyAdvantage program requires that a remote disconnection device be placed at the residence. There is a $30.00 fee to install the device; however, this fee may be waived if the location has an active remote disconnection device or if the device is installed at the time that the electric service is connected.

☐ Members enrolled in the EnergyAdvantage program may elect to convert to conventional billing at any time. In that event, EnergyUnited will require payment of any applicable deposit amount, unbilled charges, and associated fees to activate conventional billing. The account can be re-enrolled in the EnergyAdvantage program after a 6 month waiting period.

☐ With the EnergyAdvantage program, it is the member's responsibility to monitor and manage their account. EnergyUnited offers two fast and easy options to obtain account information 24/7 by calling our automated account information system at 1-800-636-2374 or on-line at www.energyunited.com.

☐ EnergyUnited offers several convenient payment options and payments are credited upon receipt. Depending on the method chosen, some payments may take up to 10 days to credit to your account. Members enrolled in the EnergyAdvantage program should carefully consider the payment options to avoid service interruptions. Payment options are listed below:

Bank draft, phone (via electronic check, debit or credit card), mail (PO Box 1831, Statesville, NC 28687), after-hours deposit facility, at any EnergyUnited office or authorized payment agent, via on-line banking, or the EnergyUnited website.

☐ The EnergyAdvantage account will be automatically enrolled in e-billing and the monthly statement of account will be delivered electronically to the email address provided. To opt out of e-billing and receive a monthly billing statement of account via mail, check the appropriate box on the attached agreement. EnergyAdvantage accounts are subject to a monthly service fee of $10 which will be charged daily on a prorated basis.

☐ Electric use is determined and associated charges are calculated on a daily basis. Applicable monthly charges such as the Basic Facilities Fee, Renewable Energy Mandate, Security Light charges, Wholesale Power Cost Adjustments and other product and services will be charged daily on a prorated basis. Round-up Contributions to the EnergyUnited Foundation are not prorated and will be added on a monthly basis.



Page 1 of 3

COPY

# EnergyAdvantage
## Program Information, Terms and Conditions

☐ EnergyAdvantage electric service use, applicable charges, and credits are posted daily to the account. Daily postings are reconciled to the account each month. EnergyAdvantage accounts will receive a monthly statement of account which will be delivered via e-billing notification. If the member prefers, a mailed statement of account is available.

☐ EnergyAdvantage accounts are not eligible for payment time extensions, agency commitments, energy assistance pledges, etc. Commitments are applied to the account upon receipt of the payment. EnergyAdvantage accounts designated as Special Needs or enrolled in the Cold Weather Moratorium will be handled in accordance with EnergyUnited's Service Rules and Regulations.

☐ **If a final** balance goes unpaid it will transfer to the active account after the due date of the collection letter.

☐ EnergyAdvantage accounts will be subject to immediate disconnection of electric service if at any time, the account does not have a credit balance, excluding weekends, holidays and during inclement weather.

☐ If a returned check or credit card charge-back is received on an EnergyAdvantage account, it will not be deposited a second time for payment. The amount of the return as well as the returned item fee will be charged back to the account immediately. If the return/charge-back results in a non-credit account balance, the service may be disconnected immediately without notice. Upon the 3rd return/charge-back in a 12 month period, EnergyUnited may refuse to further accept payment by credit card, debit card, check, or electronic check.

☐ In the event electric service is disconnected and subsequent to reconnection, payment must be made for any unpaid charges that may have accrued to date; a $25.00 reconnection fee, as well as payment to establish a minimum credit balance of $50.00. Once all applicable fees and charges are paid, it is the member's responsibility to contact EnergyUnited to reestablish electric service. Reconnection is not immediate and may take several hours to reestablish electric service.

Electric service is connected, disconnected and reconnected electronically-EnergyUnited accepts no liability for damages that may occur as a result. Turn off all appliances, lights, and electronics to avoid potential damage as the electric service is connected or reestablished

☐ If the EnergyAdvantage account is disconnected and is not reconnected within 7 days, the account will be considered inactive and a final statement of unbilled charges will be sent and it is the member's responsibility to pay in full.

☐ Disconnect by request or for reasons of non-payment does not release the member from their obligation to pay any unpaid charges on their account.

☐ Members enrolled in the EnergyAdvantage program are solely responsible for managing their account, maintaining a credit balance, and ensuring the alert notification methods are accurate. If the alert information is not correct, important notifications may not be received. It is recommended that members select and maintain more than one means of notification. Options may include email, phone, and text. Outbound call or text message will include notification that may include personal account information (i.e. disconnection date, account number, name, etc.) Participants may choose the methods of communication on the attached agreement.

- Participants will receive a confirmation message within two days of establishing service. If a confirmation message is not received, it is the participant's responsibility to contact EnergyUnited to verify the accuracy of the information provided for the selected notification method.

- Alert notifications may occur 7 days per week, including holidays and weekends.



Page 2 of 3

COPY

# EnergyAdvantage
## Program Information, Terms and Conditions

☐ It is important that EnergyUnited has the correct phone number on-file for your account. Phone numbers are used to quickly access account information, report outages via our automated system, notify our members of planned outages, or provide important information concerning your account. By providing your phone number, you agree that EnergyUnited may contact you at the number provided either by telephone or via our automated outbound messaging system.

☐ Please note: if you have entered a cell phone number or another number that you later convert to a cell phone number, you agree to receive calls via phone our automated outbound messaging system, and text messages. Normal cell phone and text messaging charges may apply. You may opt out at any time by contacting Customer Care at 800.522.3793.

☐ It is the participant's responsibility and choice to communicate EnergyAdvantage program details to others in the residence. The member understands that inclement weather conditions and/or the medical and health conditions of any person, excluding those that are designated as Special Needs or enrolled in the Cold Weather Moratorium, residing where the electric service is furnished by the Cooperative, will not postpone disconnection of electric service at any time the account does not have a credit balance under the EnergyAdvantage program

☐ EnergyUnited reserves the right to modify the Service Rules and Regulations at any time without prior notification. The current EnergyUnited Service Rules and Regulations can be viewed online.

☐ In consideration for participation in the EnergyAdvantage program, you waive, discharge, and covenant not to sue and to hold harmless the EnergyUnited Electric Cooperative and its officers, agents, servants, and employees from any and all liability, claims, demands, actions, and causes of action whatsoever arising out of or related to the disconnection of electricity in the event of and in response to a non-credit balance in my EnergyAdvantage account. I expressly and unconditionally agree that, due to the nature of the EnergyAdvantage program, I am not entitled to any advance notice before my electric service can be disconnected once my EnergyAdvantage account reaches a non-credit balance. I further understand that it is my sole responsibility to maintain a credit account balance and to keep my account information, including but not limited to, phone number, cell phone number and e-mail address current with EnergyUnited.



See Form SF 181
accounts owned by Estates not by Beneficiaries



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

| Certified Mail Fee | $3.55 |
| | 0677 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $1.83 |
| Total Postage and Fees | $9.73 |

STATESVILLE NC 28625
DEC 13 2023

Postmark
Here
12/13/2023

Sent To Thomas Golden, CEO
Street and Apt. No., or PO Box No. 567 Mocksville hwy
City, State, ZIP+4® Statesville NC 28625

7021 0350 0000 9732 7381

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas Golden CEO
c/o E nergy United
567 Mocksville hwy
Statesville NC 28625

9590 9402 5475 9249 6903 89

2. Article Number (Transfer from service label)

7021 0350 0000 9732 7381

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent
               ☐ Addressee

B. Received by (Printed Name) M. Souza    C. Date of Delivery 12/15/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

PO Box 1831

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

## UNITED STATES POSTAL SERVICE.

STATESVILLE
301 S OAKLAND AVE
STATESVILLE, NC 28677-9998
(800)275-8777

12/13/2023                          12:05 PM
--------------------------------------------
Product          Qty    Unit      Price
                        Price
--------------------------------------------
First-Class Mail®  1              $1.83
Large Envelope
    Statesville, NC 28625
    Weight: 0 lb 2.10 oz
    Estimated Delivery Date
      Fri 12/15/2023
Certified Mail®                   $4.35
    Tracking #:
    70210350000097327381
Return Receipt                    $3.55
    Tracking #:
      9590 9402 5475 9249 6903 89
Total                             $9.73

--------------------------------------------
Grand Total:                      $9.73
--------------------------------------------
Credit Card Remit                 $9.73
    Card Name: VISA
    Account #: XXXXXXXXXXXX0440
    Approval #: KAY6LZ
    Transaction #: 770
    AID: A0000000980840
    AL: US DEBIT
    PIN: Not Required

## Cover sheet

This instrument is sent by the hand of the Notary Public, Joy Smith, at the request of Riehl Joseph, and Riehl Amie, via restricted delivery, USPS certified mail, to Thomas Golden: CEO of Energyunited EMC.

The address for Riehl Amie and Riehl Joseph appears as follows,

151 Ashley Brooke Lane
Statesville, NC 28677-9687

The Mailing address for Energyunited EMC as reported within the EIN database, appears to Be as follows,

567 Mocksville Highway
Statesville, North Carolina 28625

Now comes the plaintiffs, riehl joseph and riehl amie, and make the following statements. The plaintiffs are competent, and of age of majority. The plaintiffs are married, and have lived together since on or about June 29, 2021. The plaintiff, riehl amie, who's estate's name is AMIE CHARLOTTE SPEICHER, is holding an account with Energyunited EMC since approximately late 2020 early 2021. The account number is 2702930, and is currently providing electric services at 151 Ashley Brooke Lane, Statesville, NC 28677-9787.

1. *Whereas the plaintiffs have been reading the black's law (5th) fifth edition, the bills of exchange act, the negotiable instrument act, the (UCC) uniform commercial code, and this state statutes,*

2. *And whereas the plaintiffs have been receiving billing statements, every month, which are in fact negotiable instruments, from Energyunited EMC, the defendant,*

3. *And whereas in accordance with the black's law dictionary, (5th) fifth edition, on page 1066 wherein the definition of the word "presentment" lies, under the second part of the definition, reads; quote "the production of a negotiable instrument to the drawee for his acceptance, or to the drawer for his payment"..."presentment is a demand made to the drawee for his acceptance or payment" end quote,*

4. *And whereas it is hereby evident that the drawee has at his option either to give his acceptance to the drawer's demand, or to make payment to the drawer's demand, the drawee has elected to give his acceptance, for to give acceptance and make payment is found not within the definition, as the "or"stands there alone,*

5. *And whereas pursuant to the bills of exchange act, the term "drawee" being applicable to this occasion is AMIE SPEICHER,*

6. *And whereas pursuant to the bills of exchange act, the term "drawer" being applicable to this occasion is Energyunited EMC,And whereas the above mentioned terms, when used within this instrument, shall mean as follows, The "drawee" shall mean AMIE SPEICHER and the "drawer" shall mean Energyunited EMC.,*

7.  *Whereas on november 20, 2023, 12:16 PM, the drawee sent his acceptance on the presentment  together with a notice of instructions to the drawer through its officer  via restricted delivery certified mail #70210350000097336352 to Thomas Golden:CEO, and a return receipt #9590940254759249690334 which was received and signed for, on November 27, 2023,*

- *And whereas on November 30 2023, the drawer returned said presentment together with the notice to the drawee via certified mail #70223300000144155956 wherein the drawer's officers and agents remains mute and sent no other reasons for dishonor, the drawee having received said letter from the drawer on December 2, 2023 at 11:29 am, and forthwith received no further reasons,*

- *And whereas on December 4, 2023 1:15 PM, the drawee sent again the second time a presentment bearing the acceptance together with a notice - demand for performance in regards to bringing the account to zero, to the drawer, via restricted delivery to Thomas Golden:CEO, certified mail 70192280000121553527with return receipt #9590940254759249690358: the drawer received and signed for this comunication on December 7, 2023, and in these (2) correspondence, the drawee specifically instructed the drawer to contact the drawee if there were any steps missing that would prevent the setoff of the account,*

- *And whereas on December 7, 2023 1:10 PM the agent or officer of the drawer, remained mute, and returned again the presentment together with the notice of demand for performance, with no further reason for dishonor, to the drawee via certified mail #70223330000144155833 and the drawee received this letter on December 13, 2023 12:06 PM,*

- *And whereas on December 13, 2023 12:04 PM, the drawee sent the drawer a notarized sworn affidavit titled, "Affidavit in support of rescinded agreement with (21) twenty-one days to rebutt this affidavit , together with the rescinded agreement, sent via restricted delivery to Thomas*

Golden: CEO, certified mail #70210350000097327381 with return receipt

#9590940254759249690389,

- And whereas the drawer received and signed for said correspóndanme on December 15, 2023 7:00 AM and has remained mute, not rebutting said affidavit, nor giving any other response, and did not return the correspondence,

- And whereas on December 15, 2023 11:20 PM, the drawee sent via restricted delivery to Ronnie S Harrison, registered mail #RE316211005US with return receipt #95909402-54759249690242 which was received and signed by Ronnie S Harrison on December 18,2023 12:54 PM, and the drawer kept the presentment bearing the acceptance and special indorsement together with the notice, the copy of the black's law dictionary (5th) fifth edition page 1066, and copies of pages 6,7,8,11,and 12 of the bills of exchange act 1882, and they have remained mute, and returned them not again to the drawee.

- And whereas on or about December 27, 2023, the drawee's account's electric services was disconnected due to what the drawer claims to be "non-payment" and wherein the plaintiffs were forced to make payment of ($ 235.00) two-hundred-thirty-five and 00/100 USD in order to reconnect the electric services, due to the drawer's officers, agents, and servants refusal to perform or correctly comunícate to the drawee or it's agent,

- and whereas this conduct of forcing payment on people who have given their acceptance is it not an indirect form of peonage?

Wherefore the plaintiffs, having exhausted all avenues of remedy, should the drawer's officers, servants, and agents elect to dishonor this presentment and instrument, and fail to zero out this account within (7) seven days of delivery of such instruments to the drawer, and continue to do so by monthly, the plaintiffs will respectfully pray to the district court small claims division or federal court , to a district or federal judge as "referee in case of need", and thus pray for declaratory judgment in favor of the plaintiffs, and that drawer's officers, agents, and servants be ordered to perform their

*duties as it relates to this account, and upon receipt of their presentments bearing the acceptances by*

*monthly, that the drawer be ordered to zero out the account, and cease and desist said conduct*

*wherein the drawer continues to disconnect the drawee's electric services due to non-payment, and*

*that the drawer be ordered to make restitution to the drawee for the damages listed in the invoice plus*

*any other related cost:*

## Invoice

| date of charge | description for charge | amount of charge |
|---|---|---|
| November 20, 2023 | 1st correspondence mailing | $ 8.56 |
| December 04, 2023 | 2nd correspondence mailing | $ 8.56 |
| December 13, 2023 | 3rd correspondence mailing | $ 9.73 |
| December 18, 2023 | 4th correspondence mailing | $ 32.24 |
| January 03, 2024 | energy, electric reconnect | $ 235.00 |
| January 08, 2024 | notice, dishonor | $ 15.66 |
| January 20, 2024 | document preparation | $ 400.00 |
| January 20, 2024 | time and gas | $ 240.00 |
| non-specific dates | notary services | 3 Notary seals s 30.00 |
| January 20, 2024 | notary mailing service | $ 40.00 |
| January 20, 2024 | grand total | $ 1,019.75 |

By: Riehl Amie, Agent
For: AMIE SPEICHER, principal
151 Ashley Brooke Lane
Statesville, NC 28677-9687

To: ALEC NATT: CFO
% Thomas Golden: CEO
For: Energyunited, EMC
567 Mocksville Highway
Statesville, North Carolina 28625

Day: January 21, 2024

## NOTICE OF CLAIM TO INTEREST

I, Riehl Amie, agent here on behalf of AMIE SPEICHER, principal. | Hereby give acceptance to all Titles, All Rights, All Interest, and Guaranteed Equity owed to Principal AMIE SPEICHER, the Bearer on demand

I hereby instruct ALEC NATT: CFO to apply the Principal's Balance to Principal's Account #2702930, each and every billing cycle for set-off. Please apply this Tender of payment to the account within 5 business days after receipt of this notice. I also instruct ALEC NATT: CFO to communicate through writing if there are any discrepancies within 5 business days. If no communication is made within 5 business days after receipt of notice then I will assume that the aforesaid instruction have been completed.

Thankyou for your time in this matter

Respectfully: _Riehl amie_ , Agent



Account #: **2702930**
Member Name: **AMIE SPEICHER**
Billing Date: **01/10/2024**
Current Bill Due Date: **02/07/2024**
**Previous Account Activity**

| | |
|---|---|
| Previous Balance | $303.00 |
| Payment Received - Thank You | -$235.00 |
| Reconnect Fee | $40.00 |
| Late Charges & Penalties | $16.02 |
| Past Due Amount - Due 01/22/2024 | $124.02 |
| **Total Current Activity** | **$226.98** |
| **Total Amount Due** | **$351.00** |

**TOTAL AMOUNT DUE**

# $351.00

PAST DUE AMOUNT:
$124.02
DUE 01/22/2024

***DISCONNECT NOTICE***
Past Due Amount of $124.02 is due 01/22/2024. If balance remains unpaid, service is subject to termination and reactivation fees will apply.
**Thank you for your 2023 tax-deductible contribution of $5.53 to EnergyUnited Foundation.**

*Charge detail found on the back of this page.*

## Monthly Energy Use Comparison



| Total Energy Use Last Month | Total Energy Use This Month | Total Energy Use This Month Last Year |
|---|---|---|
| 1338 kWh | 2237 kWh | 2272 kWh |
| 49° Avg temp | 44° Avg temp | 43° Avg temp |

**Your Average Daily Use**



67 kWh — Average Daily Use

$6.31 — Average Daily Cost

## Member Monthly Message

Stay cozy and save energy this winter with practical energy efficiency tips from EnergyUnited. Visit energyunited.com to learn how you can save energy and stay warm this winter.

EnergyUnited is also now accepting applications for its college scholarship program, Empowering the Future, and the Touchstone Energy Sports Camp program for rising sixth and seventh grade students. Visit our website to learn more and apply today!

The Wholesale Power Cost Adjustment (WPCA) is $0.000 per kWh.

▲ KEEP
Charges are due upon receipt. A 1.5% interest penalty will be added if payment is received after the due date.
A $15 fee will be added if a delinquent notice is generated.
▼ SEND
*Tear here and return THIS PORTION with payment in the envelope*


PO BOX 1831
Statesville, NC 28687-1831

| Account # | 2702930 |
|---|---|
| Past Due Amount: Due 01/22/2024 | $124.02 |
| Total Amount Due 02/07/2024 | $351.00 |
| **Amount Paid** | **$ 351.00** |

KIOSK

Acceptance
by: _Rebl amie_ A•R•
for: AMIE SPEICHER, principal

We Accept:     

ENERGYUNITED
PO BOX 1831
STATESVILLE NC 28687-1831

5897  1 AV 0.498          5 5897
AMIE SPEICHER            C-25
151 ASHLEY BROOK RD
STATESVILLE NC 28677-9687





Account Number : 2702930    Rate Description : RESIDENTIAL - 1PH    Service Address: 151 ASHLEY BROOK LN

| Meter # | Description | Days | Services From | Services To | Readings Previous | Readings Present | Metered Usage | Meter Multiplier | Energy Usage |
|---|---|---|---|---|---|---|---|---|---|
| 200064889 | REGULAR | 33 | 12/07/2023 | 01/09/2024 | 69547 | 71784 | 2237 | 1 | 2237 |

**Current Activity**

ENERGY CHARGES:

| | |
|---|---|
| BASIC FACILITIES CHARGE | $45.00 |
| USAGE CHARGE (kWh) | $163.08 |
| RENEWABLE ENERGY MANDATE | $0.75 |
| ROUND-UP CONTRIBUTION | $0.73 |
| TAXES | $17.42 |

**Total Current Activity**    $226.98



Your energy use over the last 24 months.

For more information on your usage, visit My EnergyHub on your computer or mobile device.

# WINTER IS COMING
## Prepare your home with these energy efficiency tips

**Other Ways to Pay Your Bill**



**Online**
Pay your bill at
energyunited.com

**Phone**
Call 833-284-5048
to Pay by Phone

**Mobile App**
Download the My EnergyHub
app on iTunes or Google Play
Store

**Kiosk or Drop Box**
Your district office is:
STATESVILLE, 567 Mocksville
Highway, Statesville, NC 28625

Now offering cash bill-pay service at participating retail stores. The barcode below can be scanned at the register, allowing you to make your monthly payment. There is a $1.50 convenience fee to use this service. To find a location near you, visit pay.vanilladirect.com/pages/retailers

By accepting or using this barcode to make a payment, you agree to the full terms and conditions, available at vanilladirect.com/pay/terms. After successful payment using this barcode, you may retrieve your full detailed e-receipt at vanilladirect.com/pay/ereceipt.

The majority of participating locations will accept cash payments up to a maximum amount of $500.00.



7993664336500035069000270293 09



Smith
y public
lbert Road
esville NC
request of
Joseph and Am

To: Thomas Golden: CEO
% EnergyUnited,
EMC
567 Nocksvill highway
Statesville, NC 28625

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

CERTIFIED MAIL

9589 0710 5270 0729 8370 76

Retail



RDC 99

28625

U.S. POSTAGE PAID
FCM LG ENV
MOORESVILLE, NC 28117
JAN 22, 2024

$13.52
R2304F126E26 17

To:
Thomas Golden: CEO
% Energyunited, EMC
567 Nocksvill highway
Statesville, NC 28625

Restricted delivery

9589 0710 5270 0729 8370 76

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Thomas Golden CEO % EnergyUnited
567 Nocksville highway
Statesville NC 28625

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

UNITED STATES
POSTAL

By: Joy Smith
Notary public
175 Talbert Road
Mooresville NC
at the request of
Riehl, Joseph and Arnie

CERTIFIED MAIL®
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9589 0710 5270 0729 8370 76

To: Thomas Golden: CEO
% EnergyUnited, EMC
567 Npoksvill highway
Statesville, NC 28625

**Domestic Return Receipt**

PS Form 3811, July 2015 PSN 7530-02-000-9053

9590 9402 5507 9249 7482 86

9589 0710 5270 0729 8370 76

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. To: Thomas Golden: CEO
   % EnergyUnited, EMC
   567 Nocksvill highway
   Statesville, NC  28625

3. Service Type
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                          ☐ Agent
                                           ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

We certify under the pains and penalties of perjury under the laws of the United states of America that the foregoing statements within this instrument are true and correct to the best of our knowledge:

by: _Riehl, Joseph_, and _Riehl, Amie_

## JURAT
### State of North Carolina, County of Iredell

Subscribed and sworn to (or affirmed) before me on this _22nd_ day of _January_, 2024,

by: _Riehl, Joseph_, and _Riehl, Amie_, who proved to me on the basis of satisfactory evidence to be the peoples whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the peoples or the entity upon behalf of which the peoples acted, executed the instrument.


WITNESS my hand and official seal.

Notary public Signature: _Joy Y Ford-Smith_

Notary public printed Name: _Joy Y Ford-Smith_

My Commission Expires: _05 / 09 / ~~2024~~ (9/82) 2026_


*Seal*

```
┌─────────────────────────────────┐
│      JOY Y FORD-SMITH           │
│       NOTARY PUBLIC             │
│        Iredell County           │
│       North Carolina            │
│ My Commission Expires 05/09/2026│
└─────────────────────────────────┘
```

perform his duties, JOSEPH RIEHL ESTATE was forced to pay from its credit/debit card, and Riehl Joseph, the beneficiary has to go earn federal reserve notes which is debt notes.
As a result of the drawers willful neglect, the beneficiaries have both suffered harm I want of necessity, meaning, the drawer has on multiple occasions disconnected the drawee's electric services, due to what the drawer calls non-payment.

Example: if 3+3=6 and the billing statement has a positive number of $351.00 and if I use a credit card to give the drawer $351.00 should the amount not then equal to $702.00? But no, every time the credit card is used to pay an amount. The account goes to zero. Where does the extra money go? Does it not go into an escrow account? And then after a some certain period of time it is considered abandoned property, and claimed on a 1099-a

It is therefore hereby ordered that the drawer mak restitution
to the drawee In the amount of $ 619.75, as stated in the invoice.

### Conclusion
I affirm that the above-named facts are true and correct to the best of my knowledge, belief, and understanding.
Further, Affiants sayeth naught.

by: _Riehl Joseph_, and _Riehl Amie_

Subscribed and sworn to before me this _22nd_, day of _JANUARY_, ~~2024~~, 2026 _(jyfs)_

Notary's signature: _Joy Y Ford-Smith_

Notary's printed name: _Joy Y Ford-Smith_          Seal

My Commission Expires: _05 / 09 / ~~2024~~, 2026_ _(jyfs)_

JOY Y FORD-SMITH
NOTARY PUBLIC
Iredell County
North Carolina
My Commission Expires 05/09/2026

Certified mail #95890710527007298370 76    Return receipt #959094025507924974 8286

## NOTARY CERTIFICATE OF MAILING

State of North Carolina County of Iredell

I, JOY Y FORD-Smith , a Notary Public for said County and State, do hereby certify that on January 22nd , 2024 I served the documents entitled ("**Notice - default and summary judgment**") **with a copy of a billing statement/ presentment bearing the acceptance and special indorsement thereon,** to **Thomas Golden: CEO of Energyunited EMC**, whose address is 567 Mocksville Highway, Statesville, North Carolina 28625, by depositing said documents enclosed in a postpaid, properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the state of North Carolina.

I further certify that I am not a party to the matter disclosed in the documents mailed, and that the mailing of the documents was conducted under my supervision in accordance with the laws of the State of North Carolina.

Witness my hand and seal this 22nd day of January , 2024.
My Commission Expires: 05 /09 / 2024 2026

Affidavit of facts

JOY Y FORD-SMITH
NOTARY PUBLIC
Iredell County
North Carolina
My Commission Expires 05/09/2026

State of North Carolina County of Iredell

We, Riehl Joseph and Riehl Amie, being duly sworn, depose and state:
1. Our names are Riehl Joseph and Riehl Amie, we are over the age of eighteen years, and we are competent to make this affidavit.

### Statement of Facts:

I, Riehl Amie, am not, nor can I be the AMIE SPEICHER for it is a derivative of the Estate known as AMIE CHARLOTTE SPEICHER. AMIE SPEICHER holds an account with Energyunited EMC under the account number 2702930. I am the beneficiary of said estate and account.

In this situation AMIE SPEICHER is the drawee and Energyunited is the drawer. As evidenced in the default and summary judgment above, the drawee has given his acceptance and indorsements to the drawer through it's chief executive officer, to facilitate the setoff of said account every month. The drawer's officers, servants, and agents have continually ignored or willfully neglected to offset the accounting or otherwise comunicate to the drawee of any steps that may have been missed that would cause the prevention of the credits to be transferred from the principal's balance to the principal's account, thus bringing the account to zero.
The willful neglect by the drawer's officers and agents to neither perform their duties or to correctly comunicate any errors to the drawee, and further the drawer has elected to remain mute, this conduct has caused the drawee and the beneficiaries considerable damages, as every time the drawer fails to